UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action # CV413-172-WTM-GRS |
| | ) | |
| AMBOS SEAFOODS, LLC, | ) | |
| ANDREW C. AMBOS, and | ) | |
| HAROLD C. AMBOS, | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT ORDER SETTING ASIDE ENTRY OF DEFAULT AND WITHDRAWING MOTION FOR DEFAULT JUDGMENT

Ambos Seafoods, LLC, Andrew C. Ambos, and Harold C. Ambos, Defendants herein, have motioned this Court to set aside the Clerk's December 3, 2013, Entry of Default. The United States of America, Plaintiff herein, has responded to the Defendants' Motion to Set Aside Entry of Default by stating that the Plaintiff does not oppose the Defendants' motion and does not object to the filing of a responsive pleading by Defendants.

Therefore, by consent of the parties hereto, as evidenced by their signatures below, and for good cause shown:

IT IS ORDERED that the December 3, 2013, Entry of Default entered by the Clerk of the United States District Court for the Southern District of Georgia is set aside;

IT IS ORDERED that the Motion for Default Judgment filed on April 20, 2015, is withdrawn; and

1

IT IS ORDERED that Defendants shall have thirty (30) days from the date of this Order within which to file a responsive pleading to the Plaintiff's Complaint.

SO ORDERED this 25th day of June, 2015.

_____
Honorable G.R. Smith
United States Magistrate Judge

Consented to by:

EDWARD J. TARVER
United States Attorney


/s/ Kindra M. Baer
Kindra M. Baer
Assistant United States Attorney
Georgia Bar Number 145077
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
Facsimile: (912) 652-4227
Kindra.Baer@usdoj.gov


MCCORKLE & JOHNSON, LLP

/s/ Tawny D. Mack
Georgia Bar Number 420719
Attorney for Defendants
319 Tattnall Street
Savannah, Georgia 31406
Telephone: (912) 232-6000
Facsimile: (912) 232-7080
tdm@mccorklejohnson.com