# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV413-172 |
| ) | |
| AMBOS SEAFOODS, LLC; ANDREW ) | |
| C. AMBOS; and HAROLD C. AMBOS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having reached a settlement that, over the next fifty-one days, "will resolve all matters at issue in this action," the parties jointly move to stay this case until December 9, 2015. Doc. 27 at 2. Since no party objects, and neither the Court nor any party will suffer prejudice from the requested stay, that motion (doc. 27) is **GRANTED**.

**SO ORDERED**, this 21st day of October, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA