FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 DEC 16 PM 2:44

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMBOS SEAFOOD, LLC; ANDREW C. )<br>AMBOS; and HAROLD C. AMBOS; )<br>)<br>Defendants. )<br>) | CASE NO. CV413-172 |

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 29.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**, and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 16th day of December 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA